# EXHIBIT A TO NOTICE OF REMOVAL

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMAZON.COM SERVICES LLC, a Delaware corporation; and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DANA LASHAWN WILLIAMS

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
04/22/2022
Chad Finke, Executive Officer / Clerk of the Court
By: _____C. Clark_____ Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
1225 Fallon Street
Oakland CA 94612

CASE NUMBER:
*(Número del Caso):*
**22CV010316**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Hunter Pyle, Hunter Pyle Law, 505 14th Street, Suite 320, Oakland CA 94612; 510-444-4400

DATE: 04/22/2022
*(Fecha)*

Chad Finke, Executive Officer / Clerk of the Court
Clerk, by _____C. Clark_____, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* AMAZON.COM SERVICES LLC, a Delaware corporation
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* CCP 17701.16 LLC
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

HUNTER PYLE, SBN 191125
NATALIA RAMIREZ LEE, SBN 322017
HUNTER PYLE LAW
505 14th Street, Suite 320
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Email(s):  hunter@hunterpylelaw.com;
nramirezlee@hunterpylelaw.com

Attorneys for Plaintiff
DANA LASHAWN WILLIAMS

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
04/22/2022 at 10:14:37 PM
By: Cheryl Clark, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| DANA LASHAWN WILLIAMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: 22CV010316<br><br>**COMPLAINT**<br><br>1. **DISABILITY DISCRIMINATION (FEHA);**<br>2. **FAILURE TO PROVIDE REASONABLE ACCOMMODATION (FEHA);**<br>3. **FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS (FEHA); and**<br>4. **FAILURE TO PREVENT DISCRIMINATION (FEHA)**<br><br>**DEMAND FOR JURY TRIAL** |

*WILLIAMS V. AMAZON.COM SERVICES LLC ET AL.*
**COMPLAINT**

## I. INTRODUCTION

1. Plaintiff DANA WILLIAMS ("Plaintiff") was hired as a Fulfillment Associate by Defendant AMAZON.COM SERVICES LLC ("AMAZON") in approximately October of 2021. Despite his reasonable requests for accommodation, AMAZON failed to accommodate Plaintiff and did not permit him to work, leaving Plaintiff with virtually no income.

2. Plaintiff has myopia and bilateral open angle glaucoma rendering him effectively blind.

3. Plaintiff has made accommodation requests including allowing Plaintiff to be accompanied by California Department of Rehabilitation ("DOR") job coaches during training and the provision of special gloves to allow Plaintiff increased sensitivity when feeling labels on packages.

4. Plaintiff brings this action against AMAZON alleging the following claims for violations of the Fair Employment and Housing Act (FEHA): 1) Disability Discrimination; 2) Failure to Provide Reasonable Accommodation; 3) Failure to Engage in the Interactive Process; and 4) Failure to Prevent Discrimination.

## II. PARTIES

5. Plaintiff is currently a resident of San Leandro, California in the County of Alameda. AMAZON hired Plaintiff to work at its warehouse in San Leandro, which is located in the County of Alameda.

6. AMAZON is a Delaware corporation, with offices located in California. AMAZON conducts business in the State of California and the County of Alameda.

7. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sue Defendants by such fictitious names under Code of Civil Procedure section 474. Plaintiff is informed and believes, and based thereon alleges, that each of the Defendants designated herein as a DOE are legally responsible in some manner for the unlawful acts referred to herein.

1  Plaintiff will seek leave of court to amend this Complaint to reflect the true names and capacities of
2  the Defendants designated hereinafter as DOES when such identities become known.

### III. JURISDICTION AND VENUE

8. Venue is proper in this judicial district pursuant to Code of Civil Procedure section 395(a). Defendant transacts business in Alameda County, California. Defendant employs or has employed Plaintiff in Alameda County. The unlawful acts alleged herein have occurred in and have a direct effect on Plaintiff within the State of California and Alameda County.

9. This Court has jurisdiction over this action pursuant to Article 6, section 10 of the California Constitution and California Code of Civil Procedure section 410.10.

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. Plaintiff has exhausted the applicable remedies available to him under the FEHA by timely filing a complaint regarding the matters described below with the DFEH on April 5, 2022. The DFEH issued a Notice of Case Closure and Right to Sue letter to Plaintiff that same day.

### V. STATEMENT OF THE CASE

11. Plaintiff has been diagnosed with Bilateral Open Angle Glaucoma and Myopia. Plaintiff was born with Myopia and was diagnosed with Glaucoma at approximately the age of 16. Since being diagnosed with Glaucoma, Plaintiff's vision has progressively worsened, rendering him effectively blind in both eyes.

12. In March 2021 the National Federation of the Blind ("NFB") announced that it had reached an agreement with AMAZON to "expand employment opportunities for blind people at AMAZON's order fulfillment centers."[1] The agreement "arose from complaints to the Equal Employment Opportunity Commission ("EEOC") by five blind individuals who were hired at AMAZON fulfillment centers but alleged they were not accommodated to do their jobs."[2] In

---

[1] https://nfb.org/about-us/press-room/AMAZON-make-more-employment-opportunities-available-blind
[2] *Id.*

particular, the agreement included the provision of sign language interpreters, site navigation assistance, screen readers and voice dictation software for blind workers.[3]

13. In approximately October 2021 Plaintiff applied to work at AMAZON's warehouse as a Fulfillment Associate. Shortly after, Plaintiff was contacted by AMAZON's staffing team and told he was hired. Plaintiff was required to take a drug test, which he took and passed. He was also directed to watch training videos online, which he watched with the assistance of his brother. Subsequently, Plaintiff was directed to appear for work at an AMAZON's warehouse in San Leandro, California.

14. On approximately October 29, 2021 Plaintiff went to his first day of work at the AMAZON warehouse in San Leandro, accompanied by George Kanakis, DOR Job Coach. Shortly after arriving, a manager named Peyton Grant observed Plaintiff using a cane and accompanied by Mr. Kanakis. Mr. Grant then directed Plaintiff and Mr. Kanakis to sit while he phoned other employees at AMAZON. After a while, Mr. Grant told Plaintiff that he would be unable to work until he was given clearance to work by safety managers. Mr. Grant then sent Plaintiff home and did not allow him to retrieve a badge and vest, unlike the other first-day employees present.

15. On approximately November 2, 2021 Plaintiff submitted a written request for accommodation to AMAZON. Attached to his request was an optical report and a verification letter from the DOR. The optical report indicated that Plaintiff suffered from bilateral open angle glaucoma and myopia. The report also indicated that Plaintiff was "oriented to time, person and place." The verification letter indicated that Plaintiff was an active client with DOR and that he was receiving blind field services to assist him with his employment due to his visual impairment.

16. Shortly after appearing to work in October 2021, Plaintiff was contacted by Christine DeTemple, U.S. Senior Consultant at the Blind Low Vision Center for Excellence at AMAZON. Ms. DeTemple informed Plaintiff that his accommodations at the San Leandro location were to be set by November 2021. Plaintiff's accommodations were not set in November 2021.

---

[3] *Id.*

17. On January 11, 2022 Plaintiff still had not heard back from AMAZON regarding his accommodation request and he reached out to Ms. DeTemple. On January 12, 2022 Ms. DeTemple informed him that the "home site" was unable to accommodate him and stated that Plaintiff's accommodation request was still in progress and AMAZON was still conducting a search of nearby sites where accommodations could be provided. Ms. DeTemple informed Plaintiff that no further documentation was pending in order to process his accommodation request.

18. In approximately February of 2022, Plaintiff was contacted by AMAZON and directed to appear at AMAZON's Newark location for a "trial run." On approximately February 17, 2022 Plaintiff conducted a trial run at the Newark location, accompanied by a DOR job coach. Plaintiff was directed to unload trucks, feel the top of boxes for a label and then place the boxes on a conveyer belt.

19. On February 17, 2022 Plaintiff emailed Ms. DeTemple informing her that he attended the trial run at the Newark location and that it had gone well. Plaintiff informed Ms. DeTemple that he was capable of performing the job but requested different gloves in order to allow his fingers more sensitivity to the labels on boxes. Ms. DeTemple indicated that Plaintiff's request for gloves was reasonable.

20. On approximately March 10, 2022 Ms. DeTemple contacted Plaintiff and told him that he could not be accommodated at the Newark location because doing so would pose a safety hazard. Ms. DeTemple informed Plaintiff that AMAZON would be attempting another trial run with him at a warehouse in Fremont. Plaintiff has yet to be called for a trial run at the Fremont location.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION
## DISABILITY DISCRIMINATION
### (Government Code § 12940)
### (Against all Defendants)

21. The allegations of each of the preceding paragraphs are realleged and incorporated herein by reference.

22. Plaintiff is and was disabled, and is thus a member of a class of persons protected by the FEHA from employment discrimination on the basis of disability. Plaintiff was disabled under California Government Code section 12926.1(b). Plaintiff suffered from Myopia and Bilateral Open Angle Glaucoma rendering him effectively blind in both eyes and limiting his major life activities, including working.

23. AMAZON knew that Plaintiff was blind.

24. Plaintiff was able to perform the essential job duties of his position with reasonable accommodation for his disabilities.

25. AMAZON prevented Plaintiff from working.

26. Plaintiff's disabilities were a substantial motivating factor in AMAZON's decision to prevent Plaintiff from working.

27. Plaintiff was harmed when AMAZON discriminated against him on the basis of his disabilities.

28. AMAZON's conduct was a substantial factor in causing Plaintiff's harm.

29. AMAZON committed the acts alleged herein oppressively and maliciously, with the wrongful intention of injuring Plaintiff, from an evil and improper motive amounting to malice, and in conscious disregard of his rights under the FEHA, in that AMAZON discriminated against Plaintiff on the basis of his disability. Thus, Plaintiff is entitled to recover punitive damages from AMAZON.

30. As a proximate result of the acts of AMAZON, Plaintiff has suffered damages in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment against AMAZON as set forth below.

## SECOND CAUSE OF ACTION

**FAILURE TO PROVIDE REASONABLE ACCOMMODATION**
**(Government Code § 12940)**
**(Against all Defendants)**

31. The allegations of each of the preceding paragraphs are realleged and incorporated herein by reference.

32. California Government Code section 12940(m) provides that it is unlawful for any employer to fail to make reasonable accommodation for the known disability of an employee.

33. Plaintiff is an employee of AMAZON.

34. Plaintiff had disabilities which substantially limited the following major life activity: working. AMAZON knew of Plaintiff's disabilities.

35. Plaintiff was able to perform the essential job duties of his position with reasonable accommodation.

36. AMAZON failed to meet its duty to provide reasonable accommodations for Plaintiff's known disabilities and instead prevented Plaintiff from working.

37. Plaintiff was harmed by AMAZON's failure to reasonably accommodate his disabilities.

38. AMAZON's failure to provide reasonable accommodations was a substantial factor in causing Plaintiff's harm.

39. AMAZON committed the acts alleged herein oppressively and maliciously, with the wrongful intention of injuring Plaintiff, from an evil and improper motive amounting to malice, and in conscious disregard of his rights under the FEHA, in that AMAZON failed to provide Plaintiff with reasonable accommodations. Thus, Plaintiff is entitled to recover punitive damages from AMAZON.

40. As a proximate result of the acts of AMAZON, Plaintiff has suffered damages in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment against AMAZON as set forth below.

### THIRD CAUSE OF ACTION

**FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS**
**(Government Code § 12940)**
**(Against all Defendants)**

41. The allegations of each of the preceding paragraphs are realleged and incorporated herein by reference.

42. California Government Code section 12940(n) provides that it is unlawful for any employer to fail to engage in a timely, good faith, interactive process with the employee to determine effective reasonable accommodations, if any.

43. AMAZON knew that Plaintiff had disabilities which substantially limited the following major life activity: working.

44. Plaintiff requested that AMAZON make reasonable accommodations for his disabilities so that he would be able to perform his essential job requirements.

45. Plaintiff was willing to participate in an interactive process to determine whether reasonable accommodations could be made so that he would be able to perform his essential job requirements.

46. AMAZON failed to engage in a timely, good faith, interactive process with Plaintiff to determine effective reasonable accommodations for his known disabilities, and instead prevented Plaintiff from working.

47. As a result of AMAZON's failure to engage in the interactive process, Plaintiff was harmed.

48. AMAZON's failure to engage in the interactive process was a substantial factor in causing Plaintiff's harm.

49. AMAZON committed the acts alleged herein oppressively and maliciously, with the wrongful intention of injuring Plaintiff, from an evil and improper motive amounting to malice, and in conscious disregard of his rights under the FEHA, in that AMAZON failed to engage in a timely, good faith interactive process. Thus, Plaintiff is entitled to recover punitive damages from AMAZON.

50. As a proximate result of the acts of AMAZON, Plaintiff has suffered damages in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment against AMAZON as set forth below.

### FOURTH CAUSE OF ACTION

**FAILURE TO PREVENT DISCRIMINATION**
(Government Code § 12940)
(Against all Defendants)

51. The allegations of each of the preceding paragraphs are realleged and incorporated herein by reference.

52. California Government Code section 12940(k) provides that it shall be unlawful for an employer to fail to take all reasonable steps necessary to prevent discrimination from occurring.

53. Plaintiff was employed by AMAZON.

54. Plaintiff was subjected to discriminatory conduct because of his protected status as a disabled individual.

55. AMAZON knew or should have known of the discriminatory conduct, and failed to take all reasonable steps necessary to prevent the discrimination from occurring.

56. Plaintiff was harmed.

57. AMAZON's failure to take reasonable steps to prevent discrimination was a substantial factor in causing Plaintiff's harm.

58. AMAZON committed the acts alleged herein oppressively and maliciously, with the wrongful intention of injuring Plaintiff, from an evil and improper motive amounting to malice, and in conscious disregard of his rights under the FEHA, in that AMAZON failed to prevent discrimination. Thus, Plaintiff is entitled to recover punitive damages from AMAZON.

59. As a proximate result of the acts of AMAZON, Plaintiff has suffered damages in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment against AMAZON as set forth below.

### VI.   DAMAGES

60. As a proximate result of the conduct of AMAZON, Plaintiff has suffered and continues to suffer economic loss.

61. As a further proximate result of the conduct of AMAZON, Plaintiff has suffered emotional and mental distress, fear, anxiety, humiliation and embarrassment.

62. Plaintiff was required to retain private counsel to vindicate his rights under law. Plaintiff is therefore entitled to an award of all attorneys' fees incurred in relation to this action for violation of his civil rights.

WHEREFORE, Plaintiff requests relief from AMAZON as follows:

1. For compensatory damages for lost past and future wages, earnings, and benefits, according to proof;
2. For general damages for humiliation, mental anguish and emotional distress, according to proof;
3. For consequential damages, according to proof;
4. For punitive damages, according to proof;
5. For reasonable attorneys' fees, according to proof;
6. For reasonable costs, according to proof;
7. For interest;
8. For such other and further relief as the Court may deem just and proper.

DATED: April 22, 2022            HUNTER PYLE LAW

By: _____
Hunter Pyle
Natalia Ramirez Lee

Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial.

DATED: April 22, 2022

HUNTER PYLE LAW

By: _____
Hunter Pyle
Natalia Ramirez Lee

Attorneys for Plaintiff

10
*WILLIAMS V. AMAZON.COM SERVICES LLC ET AL.*
**COMPLAINT**