# EXHIBIT C TO NOTICE OF REMOVAL



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 24860998**
**Date Processed: 05/03/2022**

| | |
|---|---|
| **Primary Contact:** | Ms. Lynn Radliff<br>Amazon.Com, Inc.<br>440 Terry Ave N<br>Seattle, WA 98109-5210 |
| **Electronic copy provided to:** | Kimberly Thomas<br>Theresa Nixon<br>Vivian Ching<br>Luana Kooker<br>Lacy O'Block<br>Arianna Smogard<br>Sara Rawson<br>Lizette Fernandez<br>Lynn Foley-Jefferson<br>Maria Catana<br>Stephanie Habben<br>Karen Curtis<br>Rochelle Lewis |
| **Entity:** | Amazon.com Services LLC<br>Entity ID Number  2102616 |
| **Entity Served:** | Amazon.com Services LLC |
| **Title of Action:** | Dana Lashawn Williams vs. Amazon.com Services LLC |
| **Matter Name/ID:** | Dana Lashawn Williams vs. Amazon.com Services LLC (12251843) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Alameda County Superior Court, CA |
| **Case/Reference No:** | 22CV010316 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 05/02/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Hunter Pyle Law<br>510-444-4400 |
| **Client Requested Information:** | Amazon Case Type: Employment Litigation |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com